William K. Hanagami, SBN 119832
KING & HANAGAMI
A LAW CORPORATION
SUITE 500
11661 SAN VICENTE BOULEVARD
LOS ANGELES, CA 90049-5113
(310) 996-1101
(310) 996-1101 *FAX*

Samuel J. Wells, SBN 48851
SAMUEL J. WELLS
A PROFESSIONAL CORPORATION
SUITE 500
11661 SAN VICENTE BOULEVARD
LOS ANGELES, CA 90049-5113
(310) 207-4456
(310) 207-5006 *FAX*

Attorneys for Plaintiff, Kathryn Hirst

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HIRST, <br><br> Plaintiff, <br><br> vs. <br><br> VERIZON, a business organization, form unknown, et al., <br><br> Defendants. | Civil No.: S-04-2488 LKK/JFM <br><br> STIPULATION OF DISMISSAL |

  IT IS HEREBY STIPULATED by and between the parties to this action, by and through their respective attorneys of record, that the above-captioned action be

/ / /

/ / /

1  and hereby is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1). The
2  parties waive costs against each other.

SAMUEL J. WELLS
A Professional Corporation

KING & HANAGAMI
A Law Corporation

Dated: March 17, 2005    By: _____
William K. Hanagami
Attorneys for Plaintiff, Kathryn Hirst

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

Dated: March 18, 2005   By: _____
Rebecca A. Hull
Attorneys for Defendants, Verizon, Verizon Communications, Inc., and Verizon Services Organization Inc.

Ntc of dismissal.P01.wpd